GENERAL SECURITIES CORPORATION, Appellant and Respondent, *v.* M. D. MIRSKY & Co., INC., et al., Respondents and Appellants.

(Submitted June 13, 1929; decided July 11, 1929.)

*Philip Novick* for plaintiff, appellant and respondent.

*David W. Kahn* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.